(May 9, 1983)

■ In the Matter of the Claim of MARIE MONEREAU, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal

as untimely taken denied, without costs (see *Matter of Gonzalez [Ross]*, 47 NY2d 922). Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.